IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OLASUPO OLAGOKE,

   Plaintiff,

    v.

COBB COUNTY SCHOOL,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-3571-TWT

## ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing this action with prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Plaintiff's Motion to Appoint Counsel [Doc. 4] is DENIED.

SO ORDERED, this 22 day of November, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Olagoke\11cv3571\r&r.wpd